IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **ARASH FARASAT, Individually and On Behalf of All Others Similarly Situated,** § § § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action **No. 3:13-cv-270-L** |
| § | |
| **RP MANAGING PARTNERS, LLC; R.P. VALET-PARKING, INC.; and ROOZBEH "RP" PAYERVAND, Individually,** § § § § | |
| Defendants. § § § § | |

## ORDER

This case was referred to Magistrate David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on October 2, 2013, recommending that the court enter an order: (1) finding Defendants RP Managing Partners, LLC and R.P. Valet-Parking, Inc. ("Defendants") in default for failure to comply with the magistrate judge's September 5, 2013 order requiring them to obtain new counsel; (2) directing the clerk to enter default against Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; (3) striking Defendants' Original Answer [Doc. 8]; and (4) directing Plaintiff to move for default judgment against Defendants for failure to appear by and through counsel. No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge

are correct and **accepts** them as those of the court.  Accordingly, the court: (1) **finds** that Defendants RP Managing Partners, LLC and R.P. Valet-Parking, Inc. are in **default** for failure to comply with the magistrate judge's September 5, 2013 order requiring them to obtain new counsel; (2) **directs** the clerk to enter default against Defendants pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; (3) **strikes** Defendants' Original Answer [Doc. 8]; and (4) **directs** Plaintiff to move by November 6, 2013, for default judgment against RP Managing Partners, LLC and R.P. Valet-Parking, Inc. for failure to appear by and through counsel.

      **It is so ordered** this 24th day of October, 2013.

                                                    */s/ Sam A. Lindsay*
                                                    Sam A. Lindsay
                                                    United States District Judge