IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **ARASH FARASAT, Individually and On Behalf of All Others Similarly Situated,** § § § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. **3:13-CV-270-L** | |
| § | | |
| **RP MANAGING PARTNERS, LLC; R.P. VALET-PARKING, INC.; and ROOZBEH "RP" PAYERVAND, Individually,** § § § § | | |
| Defendants. § | | |

## ORDER

This case was referred to Magistrate David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on March 24, 2014, recommending that the court enter an order: (1) striking Defendant Roozbeh "RP" Payervand's Original Answer (Doc. 8); (2) directing the clerk to enter default against Defendant Roozbeh "RP" Payervand pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; and (3) directing Plaintiff to move for default judgment against Defendant Roozbeh "RP" Payervand for failure to comply with court orders. No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court: (1) **finds** that Defendant Roozbeh "RP" Payervand is in **default** for failure to comply with the magistrate judge's orders; (2)

**strikes** Defendants' Original Answer (Doc. 8)[1] with respect to Defendant Roozbeh "RP" Payervand; and (3) **directs** the clerk to enter default against Defendant Roozbeh "RP" Payervand pursuant to Rule 55(a) of the Federal Rules of Civil Procedure. Plaintiff **shall** file a motion for default judgment and submit documentation supporting damages requested with respect to Defendant Roozbeh "RP" Payervand by **May 16, 2014**. While documentation supporting a request for attorney's fees may be submitted by an attorney, all information pertaining to damages claimed must be submitted by a party, not an attorney. Thus, for example, all information regarding hourly rates, tips, and the number of hours worked must be provided by a party.

Further, as the court also previously determined that Defendants RP Managing Partners, LLC and R.P. Valet-Parking, Inc. are in default (Doc. 29), the court will rule on Plaintiff's motion for default judgment after the motion for default judgment against Defendant Roozbeh "RP" Payervand is filed.[2] Having determined that all Defendants in this case are in default, the Standing Order of Reference (Doc. 12) is no longer necessary and is therefore **vacated**. Accordingly, any remaining submissions filed in support of Plaintiff's request for damages against Defendant Roozbeh "RP" Payvand shall be submitted to this court.

**It is so ordered** this 2nd day of May, 2014.

*Sam A. Lindsay*
Sam A. Lindsay
United States District Judge

---

[1] This Original Answer, with respect to Defendants RP Managing Partners, LLC and R.P. Valet-Parking, Inc., was previously stricken pursuant to the court's October 24, 2013 order.

[2] Plaintiff filed a motion for default judgment against Defendants RP Managing Partners, LLC and R.P. Valet-Parking, Inc. on November 26, 2013, which includes Plaintiff's request for damages, attorney's fees, cost, and interest against these defendants. The relief sought, of course, is subject to the court's admonition above regarding documentation filed in support of damages.

Order – Page 2